FILED

OCT 30 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 1:12-CR-00352-AWI |
| vs. | ORDER OF RELEASE |
| BERTIN ARREOLA ROMERO | |
| Defendant. | |

The above named defendant having been sentenced on OCTOBER 29, 2012 TO 29 DAYS, (CREDIT FOR ALREADY TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 10-29-12

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1